IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

LONNIE GREEN                                                                                    PLAINTIFF

v.                                           1:09CV00029HLJ

RICHARD SHEPARD, et al.                                                               DEFENDANTS

ORDER

By Order dated June 3, 2009 (DE #3), this Court granted plaintiff's application to proceed <u>in forma pauperis</u> in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (DE #6). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Richard Shepard, Robert Barnett, and Rhonda Dowell. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE #6) and summons on defendants without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 18th day of June, 2009.

_____
United States Magistrate Judge